**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 43 MAL 2020

             Respondent    :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

             v.                         :

                                  :

GARY L. CAIN, JR.,                    :

                                  :

             Petitioner      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.